# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Garibaldi Gutierrez-Solorio   PRINCIPAL<br>A206 895 170   YOB: 1993<br>the United Mexican States | **CRIMINAL COMPLAINT**<br>Case Number:<br>M-15- 1195 -M |

United States District Court
Southern District
FILED
JUL 1 8 2015
, Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 16, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Marlon Adalid Bonilla-Motino and Niris Yamileth Rodriguez-Cartagena, citizens and nationals of the Honduras, along with eleven (11) other undocumented aliens, for a total of thirteen (13), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near McAllen, Texas to the point of arrest near San Manuel, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)   FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 16, 2015, Weslaco Border Patrol Intelligence Unit conducted surveillance at 1025 Bowie St in Alamo, Texas. The aforementioned address is the residence of known scout Isaac Garcia. Agents observed Isaac Garcia's blue Chevrolet pickup parked at the property and at approximately 3:55 p.m., agents observed Isaac Garcia departing the property in the blue Chevrolet pickup. Agents monitored the given vehicle as it traveled to the intersection of University Drive and Highway 281. Garcia was monitored as he parked in the parking lot of the Burger King/Shell convenience store. Minutes later, agents observed a white Ford F150 known to be driven by Hector TORRES-Lozano parking near GARCIA's vehicle. TORRES-Lozano is a known associate of Isaac Garcia, who agents frequently encounter alongside Isaac Garcia scouting for vehicles transporting illegal aliens near McCook and Hargill, Texas. Agents recognized both TORRES-Lozano and GARCIA as they exited their vehicles at the given intersection.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

Cipriano Shears Jr.   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**July 18, 2015**   at   **McAllen, Texas**
Date                                                        City and State

**Dorina Romas**   , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15- //95 -M

RE:   Garibaldi Gutierrez-Solorio                A206 895 170

**CONTINUATION:**

**PRINCIPLE STATEMENT:**

At approximately 4:20 p.m., both vehicles driven by TORRES and Garcia departed the given intersection. Given their frequent encounters by Border Patrol, agents contacted Texas DPS air support to monitor their activities. Texas DPS aircraft responded and acquired the blue Chevrolet pickup as it traveled north on FM 493 from Monte Cristo Rd towards Hargill, Texas. DPS aircraft advised agents that the blue Chevrolet pickup was approaching FM 186. Agents monitoring the area observed the white F150 parked at the intersection of FM 186 and County Rd 15 as Hector TORRES-Lozano stood outside of the vehicle looking east and west of FM 186. DPS aircraft further notified that the blue Chevrolet pickup was travelling north on County Rd 10 from FM 186. The vehicle continued north past Ken Baker Rd and DPS aircraft notified ground units that a white Chevrolet pickup was travelling behind the blue Chevrolet pickup driven by Isaac GARCIA. Air assets advised that the white Chevrolet had a sheet of ply wood in the bed of the truck and then advised that approximately 15 subjects emerged from under the ply wood in the bed of the truck and ran into the brush. Air assets immediately obtained and provided GPS coordinates for the drop off location to Border Patrol Agents near the drop off site and continued to monitor the white Chevrolet pickup travelling south at a high rate of speed.

DPS air support maintained visual contact of the white Chevrolet pickup as it travelled south on FM 493 from FM186. The vehicle continued to travel at a high rate of speed and on westbound FM 490. DPS air support maintained contact with the vehicle as it travelled onto Brushline Rd while agents coordinated with DPS highway patrol to conduct a traffic stop. DPS Trooper Ramirez encountered the white Chevrolet pickup near the intersection of Brushline Rd and Ramseyer. Trooper Ramirez attempted a traffic stop after he witnessed the Chevrolet pickup travelling 45 MPH in a 30 MPH zone. The driver of the vehicle, later identified as Garibaldi GUTIERREZ-Solorio, refused to yield to the DPS Troopers and subsequently abandoned the vehicle on foot near the intersection of Terry Rd and Ramseyer Rd in Edinburg, Texas. DPS Trooper Ramirez chased GUTIERREZ-Solorio on foot and managed to apprehend him. GUTIERREZ-Solorio initially resisted arrest, but was subdued and restrained accordingly. Agents returned to the location where the Chevrolet pickup was abandoned and noticed Hector TORRES-Lozano driving by in his white Ford F150 analyzing the scene.

Border Patrol Agents, with the assistance of CBP Air assets, were able to apprehend 13 illegal aliens near the GPS coordinates provided by DPS air support. The 13 smuggled aliens were transported to the Weslaco Border Patrol Station for processing.
NOTE:
Garibaldi GUTIERREZ-Solorio was charged by Texas DPS for evading arrest. He was transported to the Hidalgo County Jail pending criminal proceedings.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15- *1195*-M

RE:   Garibaldi Gutierrez-Solorio                    A206 895 170

## CONTINUATION:

**PRINCIPAL STATEMENT:**
Garibaldi GUTIERREZ-Solorio was not in Border Patrol custody during processing of the case, thus no statement was taken from him.

**MATERIAL WITNESS STATEMENTS:**
Marlon Adalid BONILLA-Motino and Niris Yamileth RODRIGUEZ-Cartagena were advised of their Miranda Rights as in the Spanish language both signed the form indicating that they understood their rights and were willing to provide a sworn statement without the presence of an attorney.

**Material Witness 1:**
Marlon Adalid BONILLA-Motino, a citizen and national of Honduras, stated that he paid $7,500 to be smuggled into the United States. BONILLA-Motino stated that he has was smuggled into the United States about 3 days ago and was taken to an unidentified house where he and other undocumented aliens were harbored. He stated that a male subject picked him up in the same Chevrolet pickup from the first stash house and transported them to a secondary stash house at an unknown location. BONILLA-Motino stated that the same subject that transported them to the secondary stash house was the driver of the truck at the time that he was dropped off in the brush near where he was apprehended today. BONILLA-Motino identified, Garibaldi GUTIERREZ-Solorio, as the subject who transported him from the first stash house to the second stash house in the white Chevrolet pickup and ultimately transported him to the area near where he was apprehended. BONILLA-Motino further identified GUTIERREZ-Solorio as the caretaker for the secondary stash house where he (GUTIERREZ-Solorio) would deliver food for the harbored aliens. GUTIERREZ-Solorio was also identified by photo as the driver of the white Chevrolet Silverado, which dropped off the undocumented aliens on County Road 10.

**Material Witness 2:**
Niris Yamileth RODRIGUEZ-Cartagena, a citizen and national of Honduras, stated that she paid $7,500 to be smuggled into the United States. She claims to have been smuggled into the United States on July 08, 2015, and was harbored at an unknown location in McAllen, Texas. RODRIGUEZ-Cartagena was shown a DHS photo line-up of six male subjects and identified, Garibaldi GUTIERREZ-Solorio, as the caretaker for the stash house where she and the others were harbored. She stated that GUTIERREZ-Solorio would deliver food for the harbored aliens and further identified him as the driver of the vehicle which dropped off the group in the brush prior to their arrest. RORDIGUEZ-Cartagena stated that she feared for her life due to GUTIERREZ-Solorio's reckless driving and disregard for their safety as she sat in the cab of the truck behind the driver's seat.